LORAIN COUNTY BAR ASSOCIATION *v.* VAGOTIS.

[Cite as *Lorain Cty. Bar Assn. v. Vagotis*, ___ Ohio St.3d ___,

2023-Ohio-3938.]

(No. 2020-1193—October 30, 2023—Decided October 31, 2023.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Christina Nicole Vagotis, Attorney Registration No. 0096246, last known address in Avon, Ohio.

{¶ 2} The court coming now to consider its order of August 12, 2021, wherein the court found respondent in contempt of its March 18, 2021 order and suspended her for failing to pay board costs, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Lorain Cty. Bar Assn. v. Vagotis*, 165 Ohio St.3d 10, 2021-Ohio-806, 175 N.E.3d 483.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

————————————